IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH A. BURROWS,

        Plaintiff,

    v.

BAC HOME LOANS SERVICING, LP,

        Defendant.

_____/

No. CIV S-09-1813 GEB DAD

ORDER

On May 13, 2009, plaintiff Kenneth A. Burrows filed a pro se complaint in the El Dorado County Superior Court on his own behalf and for Tahoe's Choice Real Estate and Dellar Construction. Defendant BAC Home Loans Servicing, LP removed the case to federal court on July 1, 2009, and moved to dismiss plaintiffs' complaint with prejudice. The case was referred to the undersigned magistrate judge pursuant to Local Rule 72-302(c)(21).

On September 23, 2009, Robbin M. Coker, Esq. appeared for plaintiff Kenneth A. Burrows by signing and filing plaintiff Burrows' initial document filed in this court, i.e., his opposition to defendant's motion. Counsel appeared at the court hearing of defendant's motion on September 25, 2009, and submitted a proposed substitution of attorney on that date. See Local Rule 83-182(a). After hearing the arguments of counsel in open court, the undersigned granted defendant's motion to dismiss. Plaintiff's complaint was dismissed with thirty days' leave to amend.

1

On October 26, 2009, plaintiff Burrows timely filed a First Amended Complaint. The sole plaintiff in the case is now Kenneth A. Burrows, and the sole defendant is BAC Home Loan Servicing, LP. Both parties are proceeding through counsel. Accordingly, the case will now be referred back to the assigned district judge for further proceedings, as provided in Local Rule 72-302(c)(21).

IT IS ORDERED that:

1. Pursuant to Local Rule 72-302(c)(21), this action is referred back to the assigned district judge for further proceedings, and the docket shall be modified to reflect that this case is not a Pro Se case;

2. All documents hereafter submitted for filing in this case shall bear case number Civ. S-09-1813 GEB DAD or 2:09-cv-1813 GEB DAD; and

3. The Clerk of the Court shall update the docket for this case to reflect that plaintiffs Dellar Construction and Tahoe's Choice Real Estate, as well as defendant Bank of America, were terminated by the filing of plaintiff's First Amended Complaint on October 26, 2009.

DATED: October 30, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\burrows1813.referback

2