IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. BURROWS,       )<br>                          )<br>          Plaintiff,    )<br>                          )<br>     v.                   )<br>                          )<br>BAC HOME LOANS SERVICING, LP, )<br>                          )<br>          Defendant.     )<br>_____) | 2:09-cv-01813-GEB-DAD<br><br>ORDER CLOSING CASE |

On January 12, 2010, an order was filed granting Defendant BAC Home Loan Servicing LP's motion to dismiss Plaintiff's first amended complaint. That order also granted Plaintiff ten (10) days to file a second amended complaint. However, Plaintiff failed to file a second amended complaint during the granted leave period. Therefore, the Clerk of Court shall close this case.

Dated: March 23, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge